UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR H. FUENTES,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 5:20-cv-00450-MWF-JC<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 15, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE